**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SUSAN LLOYD,<br>Plaintiff,<br><br>v.<br><br>LANCASTER GENERAL HOSPITAL and MRI GROUP, LLP,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 5:25-cv-06494-JLS |

**ORDER**

**AND NOW**, this 16th day of September 2026, for the reasons given in the Court's accompanying memorandum, **IT IS HEREBY ORDERED** as follows:

1. The motions to dismiss, Dkt. Nos. 105, 109, are **GRANTED** as modified:
   a. The federal ADA damages, sex discrimination, and HIPAA claims in the second amended complaint, Dkt. No. 102, are **DISMISSED** with prejudice;
   b. The federal ADA injunctive claim in the second amended complaint, Dkt. No. 102, is **DISMISSED** without prejudice;
   c. The state claims in the second amended complaint, Dkt. No. 102, are **DISMISSED** without prejudice;
2. The following motions are **DENIED** as moot:
   a. Motion to Accept Certificates of Merit, Dkt. No. 13;
   b. Motion to Compel, Dkt. No. 17;
   c. Motion to Show that Certificate of Merit Should Be Accepted, Dkt. No. 23;
   d. Motion for Leave to File Excess Pages re Motion to Dismiss, Dkt. No. 30;
   e. Motion to Stay Case, Dkt. No. 32;

f. Motion for Scheduling Order, Dkt. No. 38;

g. Motion to Dismiss Complaint, Dkt. No. 39;

h. Motion to File Documents under Seal, Dkt. No. 42;

i. Motion for Leave to File Excess Pages, Dkt. No. 45;

j. Motion for Judicial Notice, Dkt. No. 48;

k. Motion to Compel, Dkt. No. 49;

l. Motion to Dismiss First Amended Complaint, Dkt. No. 50;

m. Motion to Dismiss First Amended Complaint, Dkt. No. 51;

n. Motion to Exceed Page Length, Dkt. No. 52;

o. Motion to Strike, Dkt. No. 53;

p. Motion to Strike, Dkt. No. 54;

q. Motion for Summary Judgment, Dkt. No. 57;

r. Motion for Summary Judgment, Dkt. No. 58;

s. Motion for Declaration, Dkt. No. 65;

t. Motion for Discovery, Dkt. No. 66;

u. Motion to Enjoin, Dkt. No. 72;

v. Motion to Strike, Dkt. No. 79;

w. Motion to Strike, Dkt. No. 83;

x. Motion for Extension of Time, Dkt. No. 88;

y. Motion to Amend, Dkt. No. 101;

z. Motion to Dismiss Second Amended Complaint, Dkt. No. 100;

aa. Motion to Strike, Dkt. No. 103;

bb. Motion to Supplement, Dkt. No. 104;

3. The following motions are **DENIED**:

   a. Motion to Sanction, Dkt. No. 33;

   b. Motion for Sanctions, Dkt. No. 47;

   c. Motion to Sanction, Dkt. No. 64;

   d. Motion to Sanction, Dkt. No. 77;

   e. Motion for Spoliation Sanctions, Dkt. No. 89; and

4. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
**United States District Court Judge**